In the Matter of the Estate of JACOB H. DEYO.

(Submitted June 1, 1886; decided June 8, 1886.)

THIS was an appeal from an order of General Term affirming an order of a surrogate made in 1884, denying a motion to vacate and set aside a surrogate's decree made in 1874, upon final accounting of executors, on the ground of mistake. The court here held that the evidence justified a finding that there was no mistake, also that it was in the discretion of the court below to deny the motion on the ground of laches.

*A. T. Clearwater* for appellant.

*Lewis Hasbrouck* for respondent.

RUGER, Ch. J., reads *mem.* for affirmance.
All concur.
Judgment affirmed.